IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| Shelia T. Rutledge, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 1:10-1322-HMH |
| ) | |
| Michael J. Astrue, ) | **OPINION & ORDER** |
| Commissioner of Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on a motion for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"). See 28 U.S.C. § 2412 (a), (d). Shelia T. Rutledge ("Rutledge") seeks attorney's fees for services rendered in the above-captioned social security action. The parties have submitted a joint stipulation indicating that "[i]n the interest of administrative and judicial economy, the parties have agreed to stipulate that an award of $4,258.00 in attorney fees and $16.00 in expenses under the EAJA is reasonable in this case." (J.S. at 1.) Further, the Commissioner does not object to an award of $7.00 in costs. Upon consideration of the parties' Joint Stipulation to Attorneys Fees Pursuant to the EAJA, the court awards Rutledge $4,258.00 in attorney fees, $16.00 in expenses, and $7.00 in costs pursuant to the EAJA.

1

It is therefore

**ORDERED** that Rutledge is awarded a fee of Four Thousand Two Hundred Fifty- Eight Dollars ($4,258.00) in attorney fees, Sixteen Dollars ($16.00) in expenses, and Seven Dollars ($7.00) in costs.

**IT IS SO ORDERED.**

s/Henry M. Herlong, Jr.
Senior United States District Judge

Greenville, South Carolina
July 11, 2011